**Synopsis**
**(Complaint)**

| | |
|---|---|
| **Name:** | MOHAMMED SULTAN SALEH |
| **Address:** **(City & State Only)** | Liverpool, England, United Kingdom |
| **Year of Birth and Age:** | 2004/22 years |
| **Violations:** | Entry without inspection Inspection. 8 U.S.C. § 1325(a)(1) (Class B Misdemeanor) |
| **Penalties:** | Fine of $5,000 pursuant to 18 U.S.C. § 3571(b)(6); Imprisonment of not more than 6 months pursuant to 8 U.S.C. § 1326(a)(2), or both. |
| **Supervised Release:** | N/A |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | N/A |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | N/A. |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | |
| **Detention Status:** | Government moving for Detention |
| **Foreign National:** | Yes; Great Britain |
| **Foreign Consular Notification Provided:** | Offered |
| **County:** | Somerset |
| **AUSA:** | Casey |
| **Guidelines apply?** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | None |
| **Assessments:** | $10.00; 18 U.S.C. § 3013(a)(1)(B) |

2

## Related Case Sheet (Not For Publication)

| | |
|---|---|
| **Name of Case:** | United States v. MOHAMMED SULTAN SALEH |
| **Is this defendant a current or former member of any bar?** | No |
| **Caption of any related case(s):** | United States v. IBRAHIM AYYUB KHAN<br>United States v. HAMEED MOHAMMED NAGI<br>United States v. ALI MOHAMMED ALI ABDULLAH |
| **Caption of any related search warrant(s):** | N/A |
| **Target letter sent to this person resulting in appointment of counsel?** | No |